IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO DESHAWN DANIELS<br>DARRYL MCCRARY, JR.<br>WILLIAM DANIELS<br>LORENE B. REEVES<br>ERROL SAWYER<br>NITERIA PATTERSON<br>QUINTON OLIVER<br>MICHAEL PEEKER,<br>    Defendant. | CRIMINAL ACTION<br><br>NUMBER 1:20-CR-306-TWT-CMS<br>        SECOND SUPERSEDING |

**O R D E R**

For good cause shown, the motions by defendants Antonio DeShawn Daniels, William Daniels, and Niteria Patterson to continue the pretrial conference and deadline for pretrial motions [Docs. Nos. 249, 250 and 253] are GRANTED. The pretrial conference for all defendants is re-scheduled to March 11, 2022, at 10:00 a.m. by Zoom. The defendants have until March 9, 2022, to file any pretrial motions.

The time from January 10, 2022, to and until March 11, 2022, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 7th day of January, 2022.

_____
CATHERINE M. SALINAS
United States Magistrate Judge