IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES OF AMERICA,**

**v.**

**ANTONIO DESHAWN DANIELS,**

**Defendant.**

**No.: 1:20-CR-00306-TWT-CMS**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PERFECTED MOTION**

COMES NOW the Defendant above-named, by and through undersigned counsel, and requests an extension of time in which to file the perfected motions in the above-captioned matter. In support thereof, the Defendant shows as follows:

1. On April 12, 2022, the Defendant's Motion to Suppress [Doc. 153] was taken under advisement by this court. The Defendant was given until April 26, 2022, to perfect the motion. The Government was given until May 26, 2022, to file a response to the perfected motion. The defendant was given until June 9, 2022, to file any reply to the government's response.

2. Undersigned counsel needs additional time for further discussion with his client for the perfection of the motion.

3. The Defendant requests that the Court grant his request and enter an Order allowing him an additional three (3) days, from April 26, 2022, until Friday, April

29, 2022, in which to file the perfected motion and to exclude the amount of time pursuant to the provisions of the Speedy Trial Act.

4. The Government is unopposed to this motion.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Unopposed Motion for Extension of Time to File Perfected Motion be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 26th day of April 2022.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion for Extension of Time to File Perfected Motion using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

Nicholas Hartigan, AUSA
Office of the United States Attorney-ATL 600
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

This 26th day of April 2022.

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628