IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>ANTONIO DESHAWN DANIELS<br>also known as<br>Antonio DeShawn Daniels<br>also known as<br>Freckleface Shawn<br>also known as<br>Pecas,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:20-CR-306-TWT |

**ORDER**

This is a criminal action.   It is before the Court on the Report and Recommendation [Doc. 362] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 153]. The Magistrate Judge correctly found that Daniels lacks standing to challenge the legality of the Clarendale Drive Warrant and the Fairington Parkway Warrant. And contrary to Daniels's bare-bones claims, TFO Noe's affidavit contains ample facts to support a conclusion that evidence of the crimes under investigation would be found at the Whitehall Street location and at the two Atler at Brookhaven apartments. It is evident that law enforcement

conducted a detailed, thorough, and lengthy investigation beginning with the seizure of drugs, money, and a ledger identifying the scope of Daniels's drug sales dating back to 2018. That information was then corroborated by months of federal wiretaps, surveillance, and seizures. Each intercepted communication and drug transaction bolstered facts in other conversations and confirmed Daniels's involvement in a drug and money laundering conspiracy using those locations. From these facts, it was reasonable to believe evidence of that conspiracy would be found in the various locations Daniels used for his drug-dealing activity. The Defendant's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 153] is DENIED.

SO ORDERED, this __9th__ day of March, 2023.


THOMAS W. THRASH, JR.
United States District Judge

2